**IN THE CIRCUIT COURT OF BUTLER COUNTY**
**STATE OF MISSOURI**

| | |
|---|---|
| TERRI CARTER ) | |
| ) | CAUSE NO. |
| Plaintiff, ) | |
| ) | |
| VS. ) | DIVISION NO. |
| ) | |
| ) | **JURY TRIAL DEMANDED** |
| ) | |
| KEVIN B. BISHOP ) | |
| ) | |
| Defendant. ) | |
| ) | |
| Serve: 11014 Hundred Bridge Lane ) | |
| Sugarland, TX 77498 ) | |

## PETITION

COMES NOW Plaintiff, Terri Carter , by and through the undersigned attorneys, and for her Petition against Defendant, Kevin Bishop, states as follows:

1. Plaintiff Terri Carter resides in Troy, Michigan.

2. Defendant Kevin Bishop resides in Sugarland, Texas.

3. On July 11, 2018, Defendant was operating Plaintiff's 2007 Toyota Corolla northbound on US Highway 67 in Butler County, Missouri.

4. At all times relevant herein, Plaintiff was the front-seat passenger in her vehicle.

5. Upon on information and belief, a tractor-trailer truck struck a utility line that was suspended across the roadway from utility poles on either side, causing the utility line to fall toward the roadway.

6. An unknown motorist was operating a pickup truck in front of Plaintiff's vehicle. The utility line fell toward said pickup truck.

7. The unknown motorist operating the pickup truck swerved to avoid the utility line but was unable to avoid it. The utility line continued to fall and struck the cab of the pickup truck.

8. As the pickup truck continued forward, the utility line slid off the pickup truck and continued to fall downward toward the roadway.

9. Upon seeing the utility line strike the pickup truck, and its operator's attempt to swerve and avoid the utility line, Defendant braked hard but quickly released the brake, allowing the vehicle to continue forward toward the utility line.

10. The utility line struck Plaintiff's vehicle and became entangled in the front axle of Plaintiff's vehicle.

11. Due to the highway speed at which Defendant was operating Plaintiff's vehicle, and Defendant's failure to timely react to the falling of the utility line in front of Plaintiff's vehicle, Defendant continued forward until the line ran out of slack.

12. The utility line included a heavy-duty steel cable known as a "guy wire."

13. Due to the strength of the utility cable and its guy wire, the utility line did not break, and the forward motion of Plaintiff's vehicle and the tethering of the utility line to the right axle of Plaintiff's vehicle resulted in Plaintiff's vehicle being violently pulled rightward off the roadway.

14. Plaintiff's vehicle overturned and landed in a ditch on the east side of the highway.

15. Plaintiff sustained serious injuries in this incident, including a displaced burst fracture of the L1 vertebra which ultimately required surgery.

16. Venue is proper in this Court pursuant to Mo. Rev. Stat. §508.010 because the incident that injured Plaintiff occurred in Butler County, Missouri.

17. Defendant had a duty to operate Plaintiff's vehicle with the highest degree of care so as not to needlessly endanger Plaintiff and the public.

18. Plaintiff was injured because of Defendant's negligence in one or more of the following respects:

    a) Defendant failed to maintain a careful lookout;

    b) Defendant followed the vehicle in front of him too closely such that he was not able to timely react to the presence of the aforementioned utility line;

    c) Defendant drove at an excessive speed for the conditions; and

    d) Such further acts or omissions which may be revealed during discovery.

19. As a direct and proximate result of the negligence and carelessness of Defendant described herein, Plaintiff was injured as set forth above and suffered damages. Plaintiff required medical care for her injuries and will need additional medical care in the future. Plaintiff has suffered pain in the past and will do so in the future. Plaintiff has permanent injuries and disability from Defendant's negligence.

20. As a result of her injuries, Plaintiff has sustained, and will in the future sustain, damages for medical bills and costs relating to medical treatment for her injuries.

WHEREFORE, Plaintiff respectfully requests judgment against Defendant in an amount exceeding $25,000.00, for costs, for pre- and post-judgment interest, and for any further just and proper relief.

                                                            Respectfully submitted,

                                                            **CANTOR INJURY LAW**

Electronically Filed - BUTLER - July 08, 2023 - 06:55 PM

                /s/ David N. Poe
                David N. Poe, #69282
                12283 Olive Blvd
                Saint Louis, MO 63141
                Telephone:  (314) 628-9999
                Facsimile:   3146289990
                david@cantorinjurylaw.com
                *Attorneys for*