UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| TERRI CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:23-CV-00149-ACL |
| ) | |
| KEVIN BISHOP, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

On August 26, 2025, Plaintiff Terri Carter and Defendant Kevin Bishop filed a Joint Stipulation for Dismissal with Prejudice, in which they request that this Court dismiss all claims by and between the parties with prejudice. (Doc. 45.) The parties stipulate that each party will bear its own costs.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the instant cause of action is **dismissed with prejudice**, with each party to bear its own costs.

Dated this 27th day of August, 2025.

　　　　　　　　　　　　　　　　　　　　　/s/ *Abbie Crites-Leoni*
　　　　　　　　　　　　　　　　　　　　　ABBIE CRITES-LEONI
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE